IN THE UNITED STATED BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 18-04368-JJT
:
Matthew Scott Baker and : CHAPTER 13
Jillian Lynne Baker, :
         Debtors. :
:

## PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

August 17, 2018 – Husband

August 24, 2018

August 31, 2018

September 7, 2018

September 14, 2018

September 21, 2018

September 28, 2018

October 5, 2018

October 12, 2018

August 24, 2018 – Wife

September 7, 2018

September 21, 2018

October 5, 2018

Next Payment Advice Expected (post-filing):

October 19, 2018 – Husband

October 19, 2018 – Wife

C.B.    BAKER, MATTHEW SCOTT & JILLIAN LYNNE

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

50

| Emp No. | Name / Address |
|---|---|
| 5028 | Matthew S. Baker |
| | 166 Sweden Hill Rd |
| | Coudersport, PA 16915 |

Filing Status: S  0
RefNumber: 0817181
Deposit Date: 08/17/18
Pay Period: 08/05/18 - 08/11/18
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 18.3600 | 1.00 | 18.36 | 20,931.29 |
| Regular | 28.3600 | 39.00 | 1,106.04 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | 37.5150 | 4.00 | 150.06 | 4,831.31 |
| Overtime | 42.5400 | 8.50 | 361.59 | 0.00 |
| Paid Time Off (PT) | | | 0.00 | 146.88 |
| Holiday | | | 0.00 | 293.76 |
| True Gross Earnings: | | | 1,636.05 | |
| 401K-% | | | -49.08 | -788.89 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 242.15 | 3,520.24 |
| Social Security | 97.70 | 1,570.10 |
| Medicare | 22.85 | 367.24 |
| PA SUI Tax WH | 0.98 | 15.80 |
| LST - Blf | 1.00 | 23.00 |
| SUPPORT | 80.77 | 1,940.18 |
| PA State Tax | 48.38 | 777.45 |
| Vision Prem - Employee | 1.84 | 31.28 |
| Potter/Sweden TWP | 15.76 | 253.24 |
| HSA Family Premium | 48.30 | 821.10 |
| Dental 2 Insurance | 10.04 | 170.68 |

**PTO**

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 24.33 |
| **PTO Cap Hours:** | | **104.00** |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,586.97 | 569.77 | 1,017.20 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 25,558.35 | 9,490.31 | 16,068.04 |

BAKERMATTHEW

Your check has been deposited in your bank account:

| Date | Ref. No. | Amount |
|---|---|---|
| 8/17/18 | 0817181 | 1,017.20 |

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 1,017.20 |
| **Total Current Net:** | | **1,017.20** |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

50

| Emp No. | Name / Address |
|---|---|
| 5028 | Matthew S. Baker |
| | 166 Sweden Hill Rd |
| | Coudersport, PA 16915 |

Filing Status: S  0
Ref Number: 0824181
Deposit Date: 08/24/18
Pay Period: 08/12/18 - 08/18/18
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 28.3600 | 30.00 | 850.80 | 21,782.09 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | | | 0.00 | 4,831.31 |
| Paid Time Off (PTO) | | | 0.00 | 146.88 |
| Holiday | | | 0.00 | 293.76 |
| True Gross Earnings: | | | 850.80 | |
| 401K-% | | | -25.52 | -814.41 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 79.61 | 3,599.85 |
| Social Security | 49.02 | 1,619.12 |
| Medicare | 11.46 | 378.70 |
| PA SUI Tax WH | 0.51 | 16.31 |
| LST - Blf | 1.00 | 24.00 |
| SUPPORT | 80.77 | 2,020.95 |
| PA State Tax | 24.27 | 801.72 |
| Vision Prem - Employee | 1.84 | 33.12 |
| Potter/Sweden TWP | 7.91 | 261.15 |
| HSA Family Premium | 48.30 | 869.40 |
| Dental 2 Insurance | 10.04 | 180.72 |

### PTO

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 25.28 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:**

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 825.28 | 314.73 | 510.55 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 26,383.63 | 9,805.04 | 16,578.59 |

BAKERMATTHEW

| Date | Ref No. | Amount |
|---|---|---|
| 8/24/18 | 0824181 | 510.55 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 510.55 |
| Total Current Net: | | 510.55 |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address | Filing Status | | Ref Number: | 0831181 |
|---|---|---|---|---|---|
| 5028 | Matthew S. Baker | S | 0 | Deposit Date: | 08/31/18 |
| | 166 Sweden Hill Rd | | | Pay Period: | 08/19/18 - 08/25/18 |
| | Coudersport, PA 16915 | | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 28.3600 | 34.00 | 964.24 | 22,746.33 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | | | 0.00 | 4,831.31 |
| Paid Time Off (PTO) | | | 0.00 | 146.88 |
| Holiday | | | 0.00 | 293.76 |
| True Gross Earnings: | | | 964.24 | |
| 401K-% | | | -28.93 | -843.34 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 98.79 | 3,698.64 |
| Social Security | 56.05 | 1,675.17 |
| Medicare | 13.11 | 391.81 |
| PA SUI Tax WH | 0.58 | 16.89 |
| LST - Blf | 1.00 | 25.00 |
| SUPPORT | 80.77 | 2,101.72 |
| PA State Tax | 27.75 | 829.47 |
| Vision Prem - Employee | 1.84 | 34.96 |
| Potter/Sweden TWP | 9.04 | 270.19 |
| HSA Family Premium | 48.30 | 917.70 |
| Dental 2 Insurance | 10.04 | 190.76 |

**PTO**

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 27.78 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 935.31 | 347.27 | 588.04 | 27,318.94 | 10,152.31 | 17,166.63 |

005028

| Date | Ref. No. | Amount |
|---|---|---|
| 8/31/18 | 0831181 | 588.04 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 588.04 |
| **Total Current Net:** | | **588.04** |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address | | | Filing Status | | Ref Number: | 0907181 |
|---|---|---|---|---|---|---|---|
| 5028 | Matthew S. Baker | | | S | 0 | Deposit Date: | 09/07/18 |
| | 166 Sweden Hill Rd | | | | | Pay Period: | 08/26/18 - 09/01/18 |
| | Coudersport, PA 16915 | | | | | Pay Frequency: | Weekly |

| Earnings | | | | | Deductions | | |
|---|---|---|---|---|---|---|---|
| | This Pay Period | | | Year To Date | | This Pay Period | Year To Date |
| Description | Rate | Hrs/Units | Amount | Amount | Description | Amount | Amount |
| Regular | 28.3600 | 16.00 | 453.76 | 23,884.57 | FIT | 317.85 | 4,016.49 |
| Regular | 28.5200 | 24.00 | 684.48 | 0.00 | Social Security | 118.56 | 1,793.73 |
| Adj - Reg | | | 0.00 | 144.00 | Medicare | 27.73 | 419.54 |
| Overtime | 42.7800 | 19.50 | 834.21 | 5,665.52 | PA SUI Tax WH | 1.18 | 18.07 |
| Paid Time Off (PT) | | | 0.00 | 146.88 | LST - Blf | 1.00 | 26.00 |
| Holiday | | | 0.00 | 293.76 | SUPPORT | 80.77 | 2,182.49 |
| True Gross Earnings: | | | 1,972.45 | | PA State Tax | 58.71 | 888.18 |
| | | | | | Vision Prem - Employee | 1.84 | 36.80 |
| 401K-% | | | -59.17 | -902.51 | Potter/Sweden TWP | 19.12 | 289.31 |
| | | | | | HSA Family Premium | 48.30 | 966.00 |
| | | | | | Dental 2 Insurance | 10.04 | 200.80 |

**PTO**

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 27.78 |
| **PTO Cap Hours:** | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,913.28 | 685.10 | 1,228.18 | 29,232.22 | 10,837.41 | 18,394.81 |

005028

| Date | Ref. No. | Amount |
|---|---|---|
| 9/07/18 | 0907181 | 1,228.18 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 1,228.18 |
| **Total Current Net:** | | 1,228.18 |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address |
|---|---|
| 5028 | Matthew S. Baker |
| | 166 Sweden Hill Rd |
| | Coudersport, PA 16915 |

Filing Status: S 0

Ref Number: 0914181
Deposit Date: 09/14/18
Pay Period: 09/02/18 - 09/08/18
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 28.5200 | 37.00 | 1,055.24 | 25,032.90 |
| Regular | 31.0300 | 3.00 | 93.09 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | 42.7800 | 15.00 | 641.70 | 6,307.22 |
| Paid Time Off (PT) | | | 0.00 | 146.88 |
| Holiday | 18.3600 | 8.00 | 146.88 | 440.64 |
| True Gross Earnings: | | | 1,936.91 | |
| 401K-% | | | -58.11 | -960.62 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 309.57 | 4,326.06 |
| Social Security | 116.36 | 1,910.09 |
| Medicare | 27.21 | 446.75 |
| PA SUI Tax WH | 1.16 | 19.23 |
| LST - Blf | 1.00 | 27.00 |
| SUPPORT | 80.77 | 2,263.26 |
| PA State Tax | 57.62 | 945.80 |
| Vision Prem - Employee | 1.84 | 38.64 |
| Potter/Sweden TWP | 18.72 | 308.03 |
| HSA Family Premium | 48.30 | 1,014.30 |
| Dental 2 Insurance | 10.04 | 210.84 |

**PTO**

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 27.78 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,878.80 | 672.59 | 1,206.21 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 31,111.02 | 11,510.00 | 19,601.02 |

005028

| Date | Ref. No. | Amount |
|---|---|---|
| 9/14/18 | 0914181 | 1,206.21 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 1,206.21 |
| **Total Current Net:** | | **1,206.21** |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address | Filing Status | | Ref Number: | 0921181 |
|---|---|---|---|---|---|
| 5028 | Matthew S. Baker | S | 0 | Deposit Date: | 09/21/18 |
| | 166 Sweden Hill Rd | | | Pay Period: | 09/09/18 - 09/15/18 |
| | Coudersport, PA 16915 | | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 27.6200 | 2.00 | 55.24 | 26,171.90 |
| Regular | 28.5200 | 38.00 | 1,083.76 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | 42.7800 | 7.00 | 299.46 | 6,606.68 |
| Paid Time Off (PT) | 18.3600 | 8.00 | 146.88 | 293.76 |
| Holiday | | | 0.00 | 440.64 |
| True Gross Earnings: | | | 1,585.34 | |
| 401K-% | | | -47.56 | -1,008.18 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 231.33 | 4,557.39 |
| Social Security | 94.56 | 2,004.65 |
| Medicare | 22.11 | 468.86 |
| PA SUI Tax WH | 0.95 | 20.18 |
| LST - Blf | 1.00 | 28.00 |
| SUPPORT | 80.77 | 2,344.03 |
| PA State Tax | 46.82 | 992.62 |
| Vision Prem - Employee | 1.84 | 40.48 |
| Potter/Sweden TWP | 15.25 | 323.28 |
| HSA Family Premium | 48.30 | 1,062.60 |
| Dental 2 Insurance | 10.04 | 220.88 |

**PTO**

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 8.00 | 27.78 |
| *PTO Cap Hours:* | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,537.78 | 552.97 | 984.81 | 32,648.80 | 12,062.97 | 20,585.83 |

005028

| Date | Ref. No. | Amount |
|---|---|---|
| 9/21/18 | 0921181 | 984.81 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 984.81 |
| **Total Current Net:** | | **984.81** |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address |
|---|---|
| 5028 | Matthew S. Baker |
| | 166 Sweden Hill Rd |
| | Coudersport, PA 16915 |

Filing Status: S 0

Ref Number: 0928181
Deposit Date: 09/28/18
Pay Period: 09/16/18 - 09/22/18
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 24.9100 | 1.00 | 24.91 | 27,309.09 |
| Regular | 28.5200 | 39.00 | 1,112.28 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | 42.7800 | 21.00 | 898.38 | 7,505.06 |
| Paid Time Off (PT) | | | 0.00 | 293.76 |
| Holiday | | | 0.00 | 440.64 |
| True Gross Earnings: | | | 2,035.57 | |
| 401K-% | | | -61.07 | -1,069.25 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 332.54 | 4,889.93 |
| Social Security | 122.47 | 2,127.12 |
| Medicare | 28.64 | 497.50 |
| PA SUI Tax WH | 1.22 | 21.40 |
| LST - Blf | 1.00 | 29.00 |
| SUPPORT | 80.77 | 2,424.80 |
| PA State Tax | 60.64 | 1,053.26 |
| Vision Prem - Employee | 1.84 | 42.32 |
| Potter/Sweden TWP | 19.75 | 343.03 |
| HSA Family Premium | 48.30 | 1,110.90 |
| Dental 2 Insurance | 10.04 | 230.92 |

### PTO

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 27.78 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

### This Pay Period

| Earnings | Deductions | Net Pay |
|---|---|---|
| 1,974.50 | 707.21 | 1,267.29 |

### Year To Date

| Earnings | Deductions | Net Pay |
|---|---|---|
| 34,623.30 | 12,770.18 | 21,853.12 |

005028

| Date | Ref No. | Amount |
|---|---|---|
| 9/28/18 | 0928181 | 1,267.29 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 1,267.29 |
| **Total Current Net:** | | **1,267.29** |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

1

| Emp No. | Name / Address |
|---|---|
| 5028 | Matthew S. Baker |
| | 166 Sweden Hill Rd |
| | Coudersport, PA 16915 |

Filing Status: S 0

Ref Number: 1005181
Deposit Date: 10/05/18
Pay Period: 09/23/18 - 09/29/18
Pay Frequency: Weekly

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 18.3600 | 9.00 | 165.24 | 28,369.45 |
| Regular | 28.5200 | 26.00 | 741.52 | 0.00 |
| Regular | 30.7200 | 5.00 | 153.60 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | 37.5150 | 1.50 | 56.27 | 8,170.15 |
| Overtime | 42.7800 | 11.00 | 470.58 | 0.00 |
| Overtime | 46.0800 | 3.00 | 138.24 | 0.00 |
| Paid Time Off (PT) | | | 0.00 | 293.76 |
| Holiday | | | 0.00 | 440.64 |
| True Gross Earnings: | | | 1,725.45 | |
| 401K-% | | | -51.76 | -1,121.01 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 261.23 | 5,151.16 |
| Social Security | 103.25 | 2,230.37 |
| Medicare | 24.15 | 521.65 |
| PA SUI Tax WH | 1.04 | 22.44 |
| LST - Blf | 1.00 | 30.00 |
| SUPPORT | 80.77 | 2,505.57 |
| PA State Tax | 51.12 | 1,104.38 |
| Vision Prem - Employee | 1.84 | 44.16 |
| Potter/Sweden TWP | 16.65 | 359.68 |
| HSA Family Premium | 48.30 | 1,159.20 |
| Dental 2 Insurance | 10.04 | 240.96 |

### PTO

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 0.00 | 27.78 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,673.69 | 599.39 | 1,074.30 | 36,296.99 | 13,369.57 | 22,927.42 |

005028

| Date | Ref. No. | Amount |
|---|---|---|
| 10/05/18 | 1005181 | 1,074.30 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 1,074.30 |
| Total Current Net: | | 1,074.30 |

Matthew S. Baker
166 Sweden Hill Rd
Coudersport, PA 16915

GLENN O. HAWBAKER, INC.
1952 Waddle Road, Suite 203
State College, PA 16803
Phone: 814-237-1444

49

| Emp No. | Name / Address | Filing Status | | Ref Number: | 1012181 |
|---|---|---|---|---|---|
| 5028 | Matthew S. Baker | S | 0 | Deposit Date: | 10/12/18 |
| | 166 Sweden Hill Rd | | | Pay Period: | 09/30/18 - 10/06/18 |
| | Coudersport, PA 16915 | | | Pay Frequency: | Weekly |

### Earnings

| Description | Rate | Hrs/Units | This Pay Period Amount | Year To Date Amount |
|---|---|---|---|---|
| Regular | 28.3600 | 18.00 | 510.48 | 29,522.43 |
| Regular | 28.5200 | 16.00 | 456.32 | 0.00 |
| Regular | 31.0300 | 6.00 | 186.18 | 0.00 |
| Adj - Reg | | | 0.00 | 144.00 |
| Overtime | | | 0.00 | 8,170.15 |
| Paid Time Off (PT) | 18.3600 | 8.00 | 146.88 | 440.64 |
| Holiday | | | 0.00 | 440.64 |
| True Gross Earnings: | | | 1,299.86 | |
| 401K-% | | | -39.00 | -1,160.01 |

### Deductions

| Description | This Pay Period Amount | Year To Date Amount |
|---|---|---|
| FIT | 170.41 | 5,321.57 |
| Social Security | 76.86 | 2,307.23 |
| Medicare | 17.98 | 539.63 |
| PA SUI Tax WH | 0.78 | 23.22 |
| LST - Blf | 1.00 | 31.00 |
| SUPPORT | 80.77 | 2,586.34 |
| PA State Tax | 38.06 | 1,142.44 |
| Vision Prem - Employee | 1.84 | 46.00 |
| Potter/Sweden TWP | 12.40 | 372.08 |
| HSA Family Premium | 48.30 | 1,207.50 |
| Dental 2 Insurance | 10.04 | 251.00 |

### PTO

| | Period Usage | Hrs. Balance |
|---|---|---|
| | 8.00 | 21.31 |
| PTO Cap Hours: | | 104.00 |

**Important Messages:** Annual PTO Payout will occur on November 2nd, and up to 5 days will be carried forward to next year. Employees who wish to alter, either more or less, must submit a PTO Pay Out Form to Payroll by October 17th.

| This Pay Period | | | Year To Date | | |
|---|---|---|---|---|---|
| Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 1,260.86 | 458.44 | 802.42 | 37,557.85 | 13,828.01 | 23,729.84 |

BAKERMATTHEW

| Date | Ref No. | Amount |
|---|---|---|
| 10/12/18 | 1012181 | 802.42 |

Your check has been deposited in your bank account:

| Bank Account | Dep Type | Amount |
|---|---|---|
| 6804 | C | 802.42 |
| **Total Current Net:** | | **802.42** |

**Matthew S. Baker**
**166 Sweden Hill Rd**
**Coudersport, PA 16915**

Case 4:18-bk-04368-JJT    Doc 17    Filed 11/08/18    Entered 11/08/18 17:04:46    Desc
Main Document    Page 10 of 14

| Buckler Transport, Inc. | Direct Deposit Earnings Statement | | |
| --- | --- | --- | --- |
| PO BOX 269 | DD0006385 | | |
| ROULETTE    PA   16746 | Pay Date | Start Period | End Period |
| | 8/24/2018 | 8/5/2018 | 8/18/2018 |

### Earnings

| Code | Rate | Hours | Amount |
| --- | --- | --- | --- |
| HR | | 80.00 | $1,560.80 |
| OT | | 10.00 | $292.65 |
| TELRE | | | $35.00 |
| BONUS | | | |
| HOLPAY | | | |
| ONCALL | | | |
| VACHR | | | |
| Totals | | 90.00 | $1,888.45 |

### Taxes

| Code | Amount | Year To Date |
| --- | --- | --- |
| FICA | | |
| Med | $25.07 | $428.01 |
| SS | $107.20 | $1,830.11 |
| Federal | $130.63 | $2,338.46 |
| State | | |
| PA | $53.08 | $906.18 |
| Local | | |
| 530202 | $17.29 | $295.17 |
| Total | $333.27 | |

### Payroll Deductions

| Code | Amount | Year To Date |
| --- | --- | --- |
| 401K | $74.14 | $152.28 |
| DEP2 | $22.80 | $392.72 |
| ELOAN | $500.00 | $6,500.00 |
| GARJU | $200.00 | $3,400.00 |
| H2GNT | $97.16 | $1,651.72 |
| PASUI | $1.11 | $20.45 |
| V4 | $4.42 | $77.06 |
| VL | $10.52 | $94.68 |
| PASURE | | ($1.48) |
| Total | $910.15 | |

### Payroll Benefits

| Code | Amount | Year To Date |
| --- | --- | --- |
| Total | | |

### Wage Amounts

| | |
| --- | --- |
| Net wages/period | $645.03 |
| Net wages YTD | $13,589.09 |
| Gross wages YTD | $31,639.45 |

### Direct Deposit Information

| Bank | Account | Amount |
| --- | --- | --- |
| 243374218 | 6206046804 | $645.03 |

### Miscellaneous

| | |
| --- | --- |
| Employee ID | BAKJI |
| Vacation Available | |
| Sick Time Available | |

JILLIAN L. BAKER
166 Sweden Hill Road

Coudersport    PA   16915

| Buckler Transport, Inc. | | | | Direct Deposit Earnings Statement | | |
|---|---|---|---|---|---|---|
| PO BOX 269 | | | | DD0006512 | | |
| ROULETTE PA 16746 | | | | Pay Date | Start Period | End Period |
| | | | | 9/7/2018 | 8/19/2018 | 9/1/2018 |

### Earnings

| Code | Rate | Hours | Amount |
|---|---|---|---|
| HR | | 80.00 | $1,560.80 |
| ONCALL | | | $100.00 |
| OT | | 10.00 | $292.65 |
| TELRE | | | $35.00 |
| BONUS | | | |
| HOLPAY | | | |
| VACHR | | | |
| Totals | | 90.00 | $1,988.45 |

### Taxes

| Code | Amount | Year To Date |
|---|---|---|
| FICA | | |
| Med | $26.52 | $454.53 |
| SS | $113.41 | $1,943.52 |
| Federal | $145.82 | $2,484.28 |
| State | | |
| PA | $56.15 | $962.33 |
| Local | | |
| 530202 | $18.29 | $313.46 |
| Total | $360.19 | |

### Payroll Deductions

| Code | Amount | Year To Date |
|---|---|---|
| 401K | $78.14 | $230.42 |
| DEP2 | $22.80 | $415.52 |
| ELOAN | $500.00 | $7,000.00 |
| GARJU | $200.00 | $3,600.00 |
| H2GNT | $97.16 | $1,748.88 |
| PASUI | $1.17 | $21.62 |
| V4 | $4.42 | $81.48 |
| VL | $10.52 | $105.20 |
| PASURE | | ($1.48) |
| Total | $914.21 | |

### Payroll Benefits

| Code | Amount | Year To Date |
|---|---|---|
| Total | | |

### Wage Amounts

| | |
|---|---|
| Net wages/period | $714.05 |
| Net wages YTD | $14,303.14 |
| Gross wages YTD | $33,592.90 |

### Direct Deposit Information

| Bank | Account | Amount |
|---|---|---|
| 243374218 | 6206046804 | $714.05 |

### Miscellaneous

| | |
|---|---|
| Employee ID | BAKJI |
| Vacation Available | |
| Sick Time Available | |

JILLIAN L. BAKER
166 Sweden Hill Road

Coudersport    PA    16915

| Buckler Transport, Inc. | | | | Direct Deposit Earnings Statement | | |
|---|---|---|---|---|---|---|
| PO BOX 269 | | | | DD0006602 | | |
| | | | | Pay Date | Start Period | End Period |
| ROULETTE PA 16746 | | | | 9/21/2018 | 9/2/2018 | 9/15/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HOLPAY | | 8.00 | $156.08 | FICA | | |
| HR | | 72.00 | $1,404.72 | Med | $25.07 | $479.60 |
| OT | | 10.00 | $292.65 | SS | $107.20 | $2,050.72 |
| TELRE | | | $35.00 | Federal | $130.63 | $2,614.91 |
| BONUS | | | | State | | |
| ONCALL | | | | PA | $53.08 | $1,015.41 |
| VACHR | | | | | | |
| | | | | Local | | |
| | | | | 530202 | $17.29 | $330.75 |
| Totals | | 90.00 | $1,888.45 | Total | $333.27 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| 401K | $74.14 | $304.56 | | | |
| DEP2 | $22.80 | $438.32 | | | |
| GARJU | $200.00 | $3,800.00 | | | |
| H2GNT | $97.16 | $1,846.04 | | | |
| PASUI | $1.11 | $22.73 | | | |
| V4 | $4.42 | $85.90 | | | |
| VL | $10.52 | $115.72 | Total | | |
| ELOAN | | $7,000.00 | Wage Amounts | | |
| PASURE | | ($1.48) | | | |
| | | | Net wages/period | | $1,145.03 |
| | | | Net wages YTD | | $15,448.17 |
| | | | Gross wages YTD | | $35,446.35 |
| Total | $410.15 | | | | |

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| 243374218 | 6206046804 | $1,145.03 | Employee ID | BAKJI |
| | | | Vacation Available | |
| | | | Sick Time Available | |

JILLIAN L. BAKER
166 Sweden Hill Road

Coudersport    PA    16915

| Buckler Transport, Inc. | | | | Direct Deposit Earnings Statement | | |
|---|---|---|---|---|---|---|
| PO BOX 269 | | | | DD0006748 | | |
| ROULETTE PA 16746 | | | | Pay Date | Start Period | End Period |
| | | | | 10/5/2018 | 9/16/2018 | 9/29/2018 |

| Earnings | | | | Taxes | | |
|---|---|---|---|---|---|---|
| Code | Rate | Hours | Amount | Code | Amount | Year To Date |
| HR | | 80.00 | $1,560.80 | FICA | | |
| OT | | 10.00 | $292.65 | Med | $25.07 | $504.67 |
| TELRE | | | $35.00 | SS | $107.20 | $2,157.92 |
| BONUS | | | | Federal | $130.63 | $2,745.54 |
| HOLPAY | | | | State | | |
| ONCALL | | | | PA | $53.08 | $1,068.49 |
| VACHR | | | | | | |
| | | | | Local | | |
| | | | | 530202 | $17.29 | $348.04 |
| Totals | | 90.00 | $1,888.45 | Total | $333.27 | |

| Payroll Deductions | | | Payroll Benefits | | |
|---|---|---|---|---|---|
| Code | Amount | Year To Date | Code | Amount | Year To Date |
| 401K | $74.14 | $378.70 | | | |
| DEP2 | $22.80 | $461.12 | | | |
| GARJU | $200.00 | $4,000.00 | | | |
| H2GNT | $97.16 | $1,943.20 | | | |
| PASUI | $1.11 | $23.84 | | | |
| V4 | $4.42 | $90.32 | | | |
| VL | $10.52 | $126.24 | Total | | |
| ELOAN | | $7,000.00 | | | |
| PASURE | | ($1.48) | | | |

| Wage Amounts | |
|---|---|
| Net wages/period | $1,145.03 |
| Net wages YTD | $16,593.20 |
| Gross wages YTD | $37,299.80 |

| Total | $410.15 | | | | |

| Direct Deposit Information | | | Miscellaneous | |
|---|---|---|---|---|
| Bank | Account | Amount | | |
| 243374218 | 6206046804 | $1,145.03 | Employee ID | BAKJI |
| | | | Vacation Available | |
| | | | Sick Time Available | |

JILLIAN L. BAKER
166 Sweden Hill Road

Coudersport    PA   16915