```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                                  Case No. 18-04368-JJT
Matthew Scott Baker                                                                     Chapter 13
Jillian Lynne Baker
          Debtors                            CERTIFICATE OF NOTICE
District/off: 0314-4          User: KADavis                 Page 1 of 2                 Date Rcvd: Nov 08, 2018
                              Form ID: ntnew341             Total Noticed: 43


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +Matthew Scott Baker,    Jillian Lynne Baker,    166 Sweden Hill Road,
                 Coudersport, PA 16915-8020
5119676        +Aes / Suntrust,    PO Box 61047,    Harrisburg, PA 17106-1047
5128886        +Apothaker Scian PC,    520 Fellowship Road C306,    PO Box 5496,    Mount Laurel, NJ 08054-5496
5119677       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
5119679         Bureau Of Account Management,    Bureau Of Account,    Camp Hill, PA 17011
5119683        +Charles Cole Hospital,    288 Sizerville Road,    Emporium, PA 15834-3944
5119684        +Charles Cole Memorial Hospital,    17129 Route 6,    Smethport, PA 16749-4027
5119685        +Chase Card,   Po Box 15298,    Wilmington, DE 19850-5298
5119686        +Citibank Sd NA,    Attn: Centralized Bankruptcy,    PO Box 790034,    Saint Louis, MO 63179-0034
5119688       ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,   GREENWOOD VILLAGE CO 80155-6550
               (address filed with court: DirecTV LLC,    2230 East Imperial Highway,    El Segundo, CA 90245)
5128887        +Easton Baseball / Softball Inc,    32835 Collection Center Drive,    Chicago, IL 60693-0001
5119690        +Esl Federal Credit Union,    Po Box 92714,   Rochester, NY 14692-8814
5119691        +First Heritage Federal Credit Union,    110 Village Square,    Suite 101,
                 Painted Post, NY 14870-1399
5128888        +Law Offices of Hayt Hayt & Landau,    Meridian Center I,    2 Industrial Way West,
                 Eatontown, NJ 07724-2279
5128889        +Linebarger Goggan Blair & Sampson,    PO Box 90128,    Harrisburg, PA 17109-0128
5128890        +Office of UC Benefits,    Claimant Services,    PO Box 67503,    Harrisburg, PA 17106-7503
5119695        +PA SCDU,   PO Box 69110,    Harrisburg, PA 17106-9110
5125374        +PHEAA,   PO BOX 8147,    HARRISBURG PA 17105-8147
5119696        +Pennymac Loan Services,    6101 Condor Drive,    Moorpark, CA 93021-2602
5119697        +Pheaa,   PO Box 61017,    Harrisburg, PA 17106-1017
5119698        +Plaza Home Mortgage / Dovenmu,    1 Corporate Drive,    Lake Zurich, IL 60047-8944
5119700        +Potter Coounty Domestic Relations,    221 North Main Street,    Coudersport, PA 16915-1549
5119701        +Sequium Asset Solution,    1130 Northchase Parkway,    Marietta, GA 30067-6413
5119702         Sheffield Financial Company,    Attn: Credit Disputes Dept,    Clemmons, NC 27012
5119706        +Usaa Savings Bank,    10750 Mcdermott,   San Antonio, TX 78288-1600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5119678        +E-mail/Text: bknotices@bankofthewest.com Nov 08 2018 19:14:20     Bank Of The West,
                 2527 Camino Ramon,   San Ramon, CA 94583-4213
5119680         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 19:15:16      Capital One,
                 15000 Capital One Drive,   Richmond, VA 23238
5119681        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 08 2018 19:15:34      Capital One N.A.,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
5119682        +E-mail/Text: bankruptcy@cavps.com Nov 08 2018 19:14:21     Cavalry Portfolio Servicing,
                 Po Box 27288,   Tempe, AZ 85285-7288
5119689         E-mail/Text: mrdiscen@discover.com Nov 08 2018 19:14:05     Discover Financial Services LLC,
                 Po Box 15316,   Wilmington, DE 19850
5119687        +E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2018 19:14:19
                 Department Of Education / Nelnet,    121 South 13th Street,   Lincoln, NE 68508-1904
5122659        +E-mail/Text: mrdiscen@discover.com Nov 08 2018 19:14:05     Discover Bank,
                 Discover Product Inc,   PO BOX 3025,    New Albany, OH 43054-3025
5119692        +E-mail/Text: bankruptcy@huntington.com Nov 08 2018 19:14:16     Huntington National Bank,
                 7 Easton Oval,   Columbus, OH 43219-6060
5119693         E-mail/Text: bnckohlsnotices@becket-lee.com Nov 08 2018 19:14:06      Kohls / Capital One,
                 N56 West 17000 Ridgewood Drive,    Menomonee Falls, WI 53051
5119694        +E-mail/Text: Bankruptcies@nragroup.com Nov 08 2018 19:14:44     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
5120450        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 19:15:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
5122511         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 19:14:13
                 Pennsylvania Department of Revenue,    Bankruptcy Division P O Box 280946,
                 Harrisburg PA  17128-0946
5119699        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 19:15:00
                 Portfolio Recovery & Associates,    120 Corporate Boulevard,   Suite 1,
                 Norfolk, VA 23502-4952
5125373         E-mail/Text: bankruptcy@bbandt.com Nov 08 2018 19:14:12     Sheffield Financial,    PO Box 1847,
                 Wilson, NC 27894-1847
5119703        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 19:15:00     Syncb / Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
5119704        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 19:15:35     Syncb / Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
5119705        +E-mail/PDF: gecsedi@recoverycorp.com Nov 08 2018 19:15:35     Synchrony Bank,
                 950 Forrer Boulevard,   Kettering, OH 45420-1469
5125032        +E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2018 19:14:19
                 U.S. Department of Education c/o Nelnet,    121 South 13th Street, Suite 201,
                 Lincoln, NE 68508-1911
                                                                                                TOTAL: 18
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                           TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Daniel P Foster    on behalf of Debtor 2 Jillian Lynne Baker DAN@MRDEBTBUSTER.COM
          Daniel P Foster    on behalf of Debtor 1 Matthew Scott Baker DAN@MRDEBTBUSTER.COM
          James Warmbrodt     on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Scott Baker,
**Debtor 1**

Jillian Lynne Baker,
**Debtor 2**

Chapter 13

Case No. 4:18–bk–04368–JJT

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Best Western Genetti's, 77 East Market Street, Wilkes–Barre, PA 18701 | Date: December 17, 2018 <br> Time: 10:00 AM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
197 S Main St, Wilkes–Barre, PA 18701 OR
228 Walnut St,Rm320,Harrisburg, PA 17101
570–831–2500/717–901–2800

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: KADavis, Deputy Clerk

Date: November 8, 2018

ntnew341 (04/18)