IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNYSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CASE NO. 18-04368-JJT |
| | : | |
| Matthew Scott Baker and | : | CHAPTER 13 |
| Jillian Lynne Baker, | : | |
| Debtors, | : | |
| | : | MOTION NO.: WO - 1 |
| Matthew Scott Baker, | : | |
| Movant, | : | RELATED TO DOCKET NO.: 21 |
| | : | |
| vs. | : | |
| | : | |
| Glenn O Hawbaker Inc, | : | |
| | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee. | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Paralegal of the law firm Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Wage Attachment and Local Form No. 12 by First-Class Mail, U.S. Postage Paid on the parties below*.

Executed on: <u>November 15, 2018</u>

By: /s/ Clarissa Bayhurst
CLARISSA BAYHURST, PARALEGAL
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

_____

*Parties served by the court electronically were not served by regular mail

## MATRIX

GLENN O HAWBAKER INC
1952 WADDLE ROAD
SUITE 203
STATE COLLEGE PA 16803
ATTENTION: PAYROLL ADMINISTRATOR