UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW SCOTT BAKER and : CHAPTER 1
JILLIAN LYNNE BAKER :
   Debtor(s) :
:
CHARLES J. DEHART, III :
STANDING CHAPTER 13 TRUSTEE :
   Movant :
:
vs. :
:
MATTHEW SCOTT BAKER and :
JILLIAN LYNNE BAKER :
   Respondent(s) : CASE NO. 4-18-bk-04368

<u>TRUSTEE'S OBJECTION TO AMENDED CHAPTER 13 PLAN</u>

     AND NOW, this 11th day of March, 2019, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

     1. Debtor(s)' plan violates 11 U.S.C. Sec. 1325(a)(4) in that the value of property to be distributed under the plan on account of each allowed unsecured claim is less than the amount that would be paid on such claim if the estate were liquidated under Chapter 7. More specifically, debtor's have excess non-exempt equity in the following:

     a. Residential real estate – CMA or appraisal to verify the value.

     WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

     a. Deny confirmation of debtor(s) plan.
     b. Dismiss or convert debtor(s) case.
     c. Provide such other relief as is equitable and just.

                             Respectfully submitted:

                             Charles J. DeHart, III
                             Standing Chapter 13 Trustee
                             8125 Adams Drive, Suite A
                             Hummelstown, PA 17036
                             (717) 566-6097

     BY:      /s/Agatha R. McHale
                             Attorney for Trustee

CERTIFICATE OF SERVICE

   AND NOW, this 11th day of March, 2019, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Daniel Foster, Esquire
P.O. Box 966
Meadville, PA 16335

                /s/Deborah A. Behney
                Office of Charles J. DeHart, III
                Standing Chapter 13 Trustee

Case 4:18-bk-04368-RNO    Doc 36    Filed 03/11/19    Entered 03/11/19 11:32:45    Desc
Main Document    Page 2 of 2