```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 18-04368-RNO
Matthew Scott Baker                                             Chapter 13
Jillian Lynne Baker
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-4        User: KADavis          Page 1 of 1          Date Rcvd: May 01, 2019
                            Form ID: trc           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 03, 2019.
5125374        +PHEAA,    PO BOX 8147,    HARRISBURG PA 17105-8147

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 30, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel P Foster    on behalf of Debtor 2 Jillian Lynne Baker DAN@MRDEBTBUSTER.COM
              Daniel P Foster    on behalf of Debtor 1 Matthew Scott Baker DAN@MRDEBTBUSTER.COM
              James    Warmbrodt    on behalf of Creditor    Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 4:18-bk-04368-RNO
Chapter 13

In re: Debtor(s) (including Name and Address)

Matthew Scott Baker
166 Sweden Hill Road
Coudersport PA 16915

Jillian Lynne Baker
166 Sweden Hill Road
Coudersport PA 16915

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 6: PHEAA, PO BOX 8147, HARRISBURG PA 17105

Name and Address of Transferee:

Educational Credit Management Corporation
P.O. Box 16408
St. Paul, MN 551160408
Educational Credit Management Corporatio
P.O. Box 16408
St. Paul, MN 551160408

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 05/03/19

Terrence S. Miller
**CLERK OF THE COURT**