```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                         Case No. 18-04368-RNO
Matthew Scott Baker                                            Chapter 13
Jillian Lynne Baker
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: TWilson           Page 1 of 1           Date Rcvd: Jun 24, 2019
                              Form ID: orcnfpln       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 26, 2019.
db/jdb         +Matthew Scott Baker,   Jillian Lynne Baker,   166 Sweden Hill Road,
                Coudersport, PA 16915-8020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Daniel P Foster    on behalf of Debtor 2 Jillian Lynne Baker DAN@MRDEBTBUSTER.COM
              Daniel P Foster    on behalf of Debtor 1 Matthew Scott Baker DAN@MRDEBTBUSTER.COM
              James Warmbrodt    on behalf of Creditor   Pennymac Loan Services, LLC bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Matthew Scott Baker,<br>**Debtor 1**<br><br>Jillian Lynne Baker,<br>**Debtor 2** | Chapter 13<br><br>Case No. 4:18–bk–04368–RNO |

## Order Confirming Amended Chapter 13 Plan

The Amended Chapter 13 Plan was filed on May 14, 2019. The Amended Plan, or summary of the Amended Plan, was transmitted to creditors pursuant to Bankruptcy Rule 3015. The Court finds that the Amended Plan meets the requirements of 11 U.S.C §1325.

**IT IS HEREBY ORDERED THAT:**

The Amended Chapter 13 Plan is confirmed.

Dated: June 24, 2019

By the Court,

*/s/ Robert N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: TWilson, Deputy Clerk

orcnfpln(05/18)