IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-04368-RNO |
| | : | |
| **Matthew Scott Baker and** | : | Chapter 13 |
| **Jillian Lynne Baker,** | : | |
| Debtors, | : | |
| | : | Docket No: 56 |
| **PennyMac Loan Services, LLC,** | : | |
| Movant, | : | |
| | : | |
| **Matthew Scott Baker and** | : | |
| **Jillian Lynne Baker,** | : | |
| | : | |
| vs. | : | |
| | : | |
| **Charles J DeHart, III, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

**DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE**

    The Chapter 13 Plan payment amount dated May 14, 2019 is sufficient to fund the Chapter 13 Plan moving forward. Debtors' attorney has reviewed the existing Plan and finds that the existing payment is adequate. This loan is being paid outside the Chapter 13 Plan dated May 14, 2019.

Respectfully submitted,

Date: October 31, 2019

/s/ Daniel P. Foster, Esquire
Daniel P. Foster
PA I.D. # 92376
Foster Law Offices
PO Box 966
Meadville, PA 16335
Phone: 814.724.1165
Fax: 814.724.1158
Email: dan@mrdebtbuster.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No: 18-04368-RNO |
| | : | |
| Matthew Scott Baker and | : | Chapter 13 |
| Jillian Lynne Baker, | : | |
| Debtors, | : | |
| _____ | : | Related to Docket No: 56 |
| PennyMac Loan Services, LLC, | : | |
| Movant, | : | |
| | : | |
| Matthew Scott Baker and | : | |
| Jillian Lynne Baker, | : | |
| | : | |
| vs. | : | |
| | : | |
| Charles J DeHart, III, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondents. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned Head Paralegal of Foster Law Offices, certify under penalty of perjury that I am more than 18 years of age, and that I have served a true and correct copy of the **Declaration Regarding Mortgage Payment Change** on the parties listed below.

Executed on: October 31, 2019

By: /s/ Clarissa Bayhurst
Clarissa Bayhurst, Head Paralegal
FOSTER LAW OFFICES
Po Box 966
Meadville, PA 16335
Tel 814.724.1165
Fax 814.724.1158

Charles J DeHart, III (Trustee)
dehartstaff@pamd13trustee.com

United States Trustee
ustpregion03.ha.ecf@usdoj.gov

KML Law Group PC
c/o James C Warmbrodt
JWarmbrodt@kmllawgroup.com

Matthew & Jillian Baker
166 Sweden Hill Road
Coudersport, PA 16915