United States Bankruptcy Court

Middle District of Pennsylvania

In re:                                                                          Case No. 18-04368-RNO

Matthew Scott Baker                                                   Chapter 13

Jillian Lynne Baker

    Debtor(s)

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

**Symbol      Definition**

+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 23, 2020:**

**Recip ID                    Recipient Name and Address**
db/jdb            +   Matthew Scott Baker, Jillian Lynne Baker, 166 Sweden Hill Road, Coudersport, PA 16915-8020

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

**Recip ID        Bypass Reason   Name and Address**
jdb              *+              Jillian Lynne Baker, 166 Sweden Hill Road, Coudersport, PA 16915-8020

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2020                        Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 21, 2020 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Daniel P Foster | on behalf of Debtor 2 Jillian Lynne Baker DAN@MRDEBTBUSTER.COM |
| Daniel P Foster | on behalf of Debtor 1 Matthew Scott Baker DAN@MRDEBTBUSTER.COM |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |

Rebecca Ann Solarz
     on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

United States Trustee
     ustpregion03.ha.ecf@usdoj.gov


TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jillian Lynne Baker<br>　　Matthew Scott Baker<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PennyMac Loan Services, LLC<br>　　　　　　　Movant<br>　　vs. | NO. 18-04368 RNO |
| Jillian Lynne Baker<br>Matthew Scott Baker<br>　　　　　　　Debtor(s) | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq.<br>　　　　　　　Trustee | |

## ORDER

Upon consideration of Movant's Motion for Relief from the Automatic Stay, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 166 Sweden Hill Road, Coudersport, PA 16915 ("Property"), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure.

Dated:   October 21, 2020

By the Court,

Robert N. Opel, II, Bankruptcy Judge (PAR)