# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:  MATTHEW SCOTT BAKER
         JILLIAN LYNNE BAKER

                    Debtor(s)

                                                    CHAPTER 13

         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE
                    Movant
vs.
                                                    CASE NO: 4-18-04368-MJC

         MATTHEW SCOTT BAKER etal.
                    Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on June 22, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:    June 22, 2022                    Respectfully submitted,

                                           /s/   Agatha R. McHale, Esquire
                                           ID:  47613
                                           Attorney for Movant
                                           Jack N. Zaharopoulos
                                           Standing Chapter 13 Trustee
                                           8125 Adams Drive, Suite A
                                           Hummelstown, PA 17036
                                           Phone:  (717) 566-6097
                                           email:  amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MATTHEW SCOTT BAKER
JILLIAN LYNNE BAKER

        Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
        Movant

vs.

MATTHEW SCOTT BAKER etal.
        Respondent(s)

CHAPTER 13

CASE NO: 4-18-04368-MJC

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

> July 28, 2022 at 10:00 AM
> This hearing will be held remotely using free Zoom conference software
>
> THERE WILL BE NO IN COURT APPEARANCE FOR THIS HEARING

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
   **AMOUNT DELINQUENT AS OF LAST MONTH: $ 5,717.44**
   **AMOUNT DUE FOR THIS MONTH: $1,225.00**
   **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $6,942.44**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    **If submitting payment by U.S. First Class Mail** mail to**:**
        **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: June 22, 2022     Respectfully submitted,

/s/  Agatha R. McHale, Esquire
ID:  47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: MATTHEW SCOTT BAKER
JILLIAN LYNNE BAKER

                            Debtor(s)

CHAPTER 13

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
                           Movant

vs.

CASE NO: 4-18-04368-MJC

MATTHEW SCOTT BAKER etal.
                           Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on June 22, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

DANIEL P FOSTER, ESQUIRE
P.O. BOX 966
MEADVILLE PA 16335-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

MATTHEW SCOTT BAKER

JILLIAN LYNNE BAKER
166 SWEDEN HILL ROAD
COUDERSPORT PA 16915

I certify under penalty of perjury that the foregoing is true and correct.

Date: June 22, 2022

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW SCOTT BAKER
JILLIAN LYNNE BAKER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 4-18-04368-MJC

vs.

MATTHEW SCOTT BAKER
JILLIAN LYNNE BAKER

**ORDER DISMSSING CASE**

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.