United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Matthew Scott Baker  
Jillian Lynne Baker  
    Debtors

Case No. 18-04368-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4     User: AutoDocke     Page 1 of 4  
Date Rcvd: Jul 28, 2022     Form ID: ordsmiss     Total Noticed: 54

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Matthew Scott Baker, Jillian Lynne Baker, 166 Sweden Hill Road, Coudersport, PA 16915-8020 |
| 5128886 | + | Apothaker Scian PC, 520 Fellowship Road C306, PO Box 5496, Mount Laurel, NJ 08054-5496 |
| 5119679 | | Bureau Of Account Management, Bureau Of Account, Camp Hill, PA 17011 |
| 5119683 | + | Charles Cole Hospital, 288 Sizerville Road, Emporium, PA 15834-3944 |
| 5119684 | + | Charles Cole Memorial Hospital, 17129 Route 6, Smethport, PA 16749-4027 |
| 5128887 | + | Easton Baseball / Softball Inc, 32835 Collection Center Drive, Chicago, IL 60693-0001 |
| 5119693 | | Kohls / Capital One, N56 West 17000 Ridgewood Drive, Menomonee Falls, WI 53051 |
| 5128888 | + | Law Offices of Hayt Hayt & Landau, Meridian Center I, 2 Industrial Way West, Eatontown, NJ 07724-2279 |
| 5128889 | + | Linebarger Goggan Blair & Sampson, PO Box 90128, Harrisburg, PA 17109-0128 |
| 5128890 | + | Office of UC Benefits, Claimant Services, PO Box 67503, Harrisburg, PA 17106-7503 |
| 5119695 | + | PA SCDU, PO Box 69110, Harrisburg, PA 17106-9110 |
| 5119697 | + | Pheaa, PO Box 61017, Harrisburg, PA 17106-1017 |
| 5119698 | + | Plaza Home Mortgage / Dovenmu, 1 Corporate Drive, Lake Zurich, IL 60047-8944 |
| 5119700 | + | Potter Coounty Domestic Relations, 221 North Main Street, Coudersport, PA 16915-1521 |
| 5119702 | | Sheffield Financial Company, Attn: Credit Disputes Dept, Clemmons, NC 27012 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2022 18:38:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 55116-0408 |
| 5119676 | + | Email/Text: bncnotifications@pheaa.org | Jul 28 2022 18:38:00 | Aes / Suntrust, PO Box 61047, Harrisburg, PA 17106-1047 |
| 5119677 | + | EDI: BANKAMER.COM | Jul 28 2022 22:43:00 | Bank Of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5119678 | + | Email/Text: bknotices@bankofthewest.com | Jul 28 2022 18:38:17 | Bank Of The West, 2527 Camino Ramon, San Ramon, CA 94583-4213 |
| 5134647 | + | EDI: BANKAMER2.COM | Jul 28 2022 22:43:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5119680 | | EDI: CAPITALONE.COM | Jul 28 2022 22:43:00 | Capital One, 15000 Capital One Drive, Richmond, VA 23238 |
| 5131186 | | EDI: CAPITALONE.COM | Jul 28 2022 22:43:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 5119681 | + | EDI: CAPITALONE.COM | Jul 28 2022 22:43:00 | Capital One N.A., PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5133542 | | Email/PDF: bncnotices@becket-lee.com | Jul 28 2022 18:40:11 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5119682 | + | Email/Text: bankruptcy@cavps.com | Jul 28 2022 18:38:00 | Cavalry Portfolio Servicing, Po Box 27288, Tempe, AZ 85285-7288 |

| Recipient ID | | Method | Date/Time | Address |
|---|---|---|---|---|
| 5119686 | + | EDI: CITICORP.COM | Jul 28 2022 22:43:00 | Citibank Sd NA, Attn: Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 5119688 | | EDI: DIRECTV.COM | Jul 28 2022 22:43:00 | DirecTV LLC, 2230 East Imperial Highway, El Segundo, CA 90245 |
| 5119689 | | EDI: DISCOVER.COM | Jul 28 2022 22:43:00 | Discover Financial Services LLC, Po Box 15316, Wilmington, DE 19850 |
| 5119687 | + | Email/Text: electronicbkydocs@nelnet.net | Jul 28 2022 18:38:00 | Department Of Education / Nelnet, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 5141514 | | EDI: DIRECTV.COM | Jul 28 2022 22:43:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 5122659 | + | EDI: DISCOVER.COM | Jul 28 2022 22:43:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 5192546 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2022 18:38:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 5192547 | | Email/Text: ECMCBKNotices@ecmc.org | Jul 28 2022 18:38:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408, Educational Credit Management Corporatio, P.O. Box 16408, St. Paul, MN 551160408 |
| 5119690 | + | Email/Text: eslbankruptcynotifications@esl.org | Jul 28 2022 18:38:17 | Esl Federal Credit Union, Po Box 92714, Rochester, NY 14692-8814 |
| 5119691 | | Email/Text: Collections@fhfcu.org | Jul 28 2022 18:38:00 | First Heritage Federal Credit Union, 110 Village Square, Suite 101, Painted Post, NY 14870 |
| 5119692 | + | Email/Text: bankruptcy@huntington.com | Jul 28 2022 18:38:00 | Huntington National Bank, 7 Easton Oval, Columbus, OH 43219-6060 |
| 5119685 | | EDI: JPMORGANCHASE | Jul 28 2022 22:43:00 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 5119694 | + | Email/Text: Bankruptcies@nragroup.com | Jul 28 2022 18:38:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 5125374 | + | Email/Text: bncnotifications@pheaa.org | Jul 28 2022 18:38:00 | PHEAA, PO BOX 8147, HARRISBURG PA 17105-8147 |
| 5137754 | | EDI: PRA.COM | Jul 28 2022 22:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5120450 | + | EDI: RECOVERYCORP.COM | Jul 28 2022 22:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5122511 | | EDI: PENNDEPTREV | Jul 28 2022 22:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5122511 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2022 18:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division P O Box 280946, Harrisburg PA 17128-0946 |
| 5141109 | + | Email/PDF: ebnotices@pnmac.com | Jul 28 2022 18:40:17 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5119696 | + | Email/PDF: ebnotices@pnmac.com | Jul 28 2022 18:40:12 | Pennymac Loan Services, 6101 Condor Drive, Moorpark, CA 93021-2602 |
| 5142180 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 28 2022 18:50:29 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5119699 | + | EDI: PRA.COM | Jul 28 2022 22:43:00 | Portfolio Recovery & Associates, 120 Corporate Boulevard, Suite 1, Norfolk, VA 23502-4952 |
| 5130700 | | EDI: Q3G.COM | Jul 28 2022 22:43:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5119701 | | Email/Text: bankruptcy@sequium.com | Jul 28 2022 18:38:00 | Sequium Asset Solution, 1130 Northchase |

| Recip ID | Bypass/EDI | Date | Name and Address |
|---|---|---|---|
| | | | Parkway, Marietta, GA 30067 |
| 5125373 | Email/Text: bankruptcy@bbandt.com | Jul 28 2022 18:38:00 | Sheffield Financial, PO Box 1847, Wilson, NC 27894-1847 |
| 5119703 | + EDI: RMSC.COM | Jul 28 2022 22:43:00 | Syncb / Amazon, Po Box 965015, Orlando, FL 32896-5015 |
| 5119704 | + EDI: RMSC.COM | Jul 28 2022 22:43:00 | Syncb / Old Navy, Po Box 965005, Orlando, FL 32896-5005 |
| 5119705 | + EDI: RMSC.COM | Jul 28 2022 22:43:00 | Synchrony Bank, 950 Forrer Boulevard, Kettering, OH 45420-1469 |
| 5125032 | + Email/Text: electronicbkydocs@nelnet.net | Jul 28 2022 18:38:00 | U.S. Department of Education c/o Nelnet, 121 South 13th Street, Suite 201, Lincoln, NE 68508-1911 |
| 5119706 | + EDI: USAA.COM | Jul 28 2022 22:43:00 | Usaa Savings Bank, 10750 Mcdermott, San Antonio, TX 78288-1600 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2022      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Daniel P Foster | on behalf of Debtor 2 Jillian Lynne Baker DAN@MRDEBTBUSTER.COM |
| Daniel P Foster | on behalf of Debtor 1 Matthew Scott Baker DAN@MRDEBTBUSTER.COM |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| James Warmbrodt | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| Rebecca Ann Solarz | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Matthew Scott Baker,

**Debtor 1**

Jillian Lynne Baker,

**Debtor 2**

Chapter 13

Case No. 4:18−bk−04368−MJC

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to both Debtors.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated: July 28, 2022

ordsmiss (05/18)